177 So. 346

**Ex parte Major CARROLL et al. (CARROLL et al. v. Lamar FIELD, Judge).**

**7 Div. 481.**

Supreme Court of Alabama.

Dec. 2, 1937.

E. W. Harmon, of Anniston, for petitioners.

A. A. Carmichael, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for respondent.

PER CURIAM.

This case is controlled by the decision in Ex parte J. H. Harvell, ante, p. 63, 177 So. 345, this day decided, and upon that authority the writ is awarded.

Writ awarded.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.

177 So. 347

**Ex parte Mrs. Sam MUNDY (Mrs. Sam MUNDY v. Lamar FIELD, Judge).**

**7 Div. 479.**

Supreme Court of Alabama.

Dec. 2, 1937.

Merrill, Jones & Whiteside, of Anniston, for petitioner.

A. A. Carmichael, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for respondent.

PER CURIAM.

This case is controlled by the decision of this Court in Ex parte J. H. Harvell, ante, p. 63, 177 So. 345, this day decided, and upon that authority the writ of certiorari is awarded.

Writ awarded.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.